# Rufo, Joseph

| | |
|---|---|
| **From:** | Rufo, Joseph |
| **Sent:** | Friday, August 11, 2017 3:47 PM |
| **To:** | Mecey, Jill; Rufo, Joseph |
| **Subject:** | Conversation with Mecey, Jill |

Rufo, Joseph 3:28 PM:

I have to ask because I am still unsure -- Did I get myself or you in trouble?

Mecey, Jill 3:33 PM:

i haven't had a chance to have a long conversation with Lyn but it does sound like you may have put the company at risk. we have to have a longer conversation with Michael on Monday to access "damage control"

I need to talk to Michael and Lyn before i have a conversation with you on the topic

Rufo, Joseph 3:37 PM:

Alright, I understand. I know an apology won't do it, and this really doesn't look good being so close to my other mistake. I know this doesn't hold any weight, but I legitimately thought I was giving Lyn a tool she could use to identify any issues going forward...I really didn't expect this outcome, and my sincere loyalty lies with the company, so whatever it takes to correct this I will understand.

Mecey, Jill 3:39 PM:

Trust me, Lyn and Gina have all the tools they need to identify possible issues. This is what they do for a living

1