

## WRITTEN WARNING

**TO:** Joey Rufo, Office Coordinator

**FROM:** Jill Mecey, Manager, Organizational Effectiveness and Administration

**DATE:** August 14, 2017

**SUBJECT:** Written Warning and Performance Improvements (PIP)

---

During the past few months, it has become increasingly evident that you have not been performing your assigned work in accordance with what is expected in your role of Office Coordinator. Several actions initiated by you resulted in the need to bring awareness to the SVP, Human Resources and Organizational Effectiveness. Aclara values you as an employee, and it is my intent to make you fully aware of this situation and to assist you in improving. However, it is important that you realize the responsibility to improve is yours alone.

You are being placed on a written warning for performance and behaviors that are not meeting company standards. Effective immediately, you are expected to demonstrate a level of professionalism and effectiveness conducive to your position of Office Coordinator. Your work will be closely monitored by your manager. You must demonstrate immediate improvement in the following areas:

**Judgement/Decision Making**
You recently sent an unauthorized email (travel and discretionary spend) assuming the role of an HR leader where you had no authority to do so and provided misinformation and incorrect intent. In doing this you acted outside of your role as Office Coordinator. In addition, you were asked to track disciplinary actions and log them onto a spreadsheet. You provided some additional data that was not instructed for you to provide. Although the data may seem important for us to track, the information was inaccurate and not completed by someone in the statistical analysis field of expertise. You should only perform the duties requested of you.

**Communication with Manager**
We've had several conversations about your desire to move up in the organization. During those conversations, I counseled you to learn and excel in your new position and in time you may be considered for other positions. You assured me that you had no intention of looking for other jobs in the near future. Shortly after our conversation you applied for the HR Manager position for SGS and sought out the Sr. Director of HR and discussed with the VP of SGS rather than coming to me for guidance and help. This kind of behavior can lead to mistrust and questionable motives.

**Expectations:**
I will continuously review your progress on each of the above items requiring improvement and we will meet one – on-one every week to discuss your performance and activities starting August 21, 2017. I trust that in so doing, I can guide and assist you in becoming an effective, contributing employee of Aclara. In addition, you should only perform tasks requested of you in your role of Office Coordinator. You should not provide HR counsel to employees and need them to direct employees members of HR.

Based on the frequency and severity of your actions, this is to be viewed as a final written warning for performance in your role as Office Coordinator. Improvement must occur immediately and must be maintained. If any portion of this final written warning is violated at any time, disciplinary action to include separation from the company may occur. A decrease in performance after successfully improving performance may result in being dismissed from Aclara without the issuance of another warning.

_____  
Employee Signature

15 Aug 17  
Date

_____  
Supervisor's Signature

_____  
Date