●●○○○ AT&T LTE 7:07 PM 65%

**You**
jrufo@aclara.com

To: **Mecey, Jill** jmecey@aclara.com

Friday, September 29, 3:28 PM

Hi Jill,

I am looking over the self-evaluation now. I have a question: Am I still on a performance improvement plan (PIP)?

Have a restful weekend,

Joey

**Joey Rufo**
Office Coordinator

●●○○○ AT&T LTE 7:07 PM 65%



Mecey, Jill
jmecey@aclara.com

To: You jrufo@aclara.com

Friday, September 29, 3:33 PM

Hi Joey

You are still on a plan.

Thank you

