| **HR.021**<br>**Job Opportunity Guidelines**<br>Revision date: September 1, 2014 | Aclara. |
|---|---|

## Purpose

The purpose of the internal job posting guidelines is to ensure that all employees are made aware of and have the opportunity to apply for open positions either before or concurrent with the Company's consideration of external candidates for employment. *Business conditions permitting*, all regular part-time and full-time positions below the level of Vice President are to be posted when an opening occurs.

While it is the Company's philosophy to promote from within whenever possible, there are business conditions that could cause a position to be filled without posting or to post the position while simultaneously recruiting from the outside. The business conditions that could cause a decision to bypass posting, or to post the position while simultaneously recruiting from the outside, include, but are not limited to: organizational restructuring, position requirements that include skills, education, and/or experience that are not known to match any existing employee or critical operational needs.

In addition to these business conditions, managers may request an exception when they have candidates within the same department or functional area who are qualified and/or already trained for the position. The decision to fill the position without posting requires the joint approval of the Department Vice President, Department Manager and the HR Business Partner. The decision to recruit from the outside at the same time as posting requires approval of Human Resources.

## Procedure

1. Eligibility for Application
   All regular part-time and full-time employees with at least 6 months of continuous Company service, and who have a satisfactory performance record, are eligible to apply for posted openings.

2. Method of Posting
   Job openings will be posted at http://home.aclara.com/Pages/InternalJobOpenings.aspx

3. Posting Duration
   Jobs will be posted concurrently, internally and externally, for a minimum of seven calendar days, unless there are business conditions that cause a decision to bypass posting.

4. Posting Information
   Each job posting will contain the following information:
   - Job Title
   - Department
   - A complete job description, which includes: principal duties, responsibilities and requirements of the job, and minimum qualifications of the candidates for the job
   - Location

5. Application Procedure

**HR.021 Job Opportunity Guidelines**

Qualified and eligible employees who wish to apply for a posted position should:
- Download and complete the Job Opportunity Application (found on SharePoint); to be considered fully completed, the document must include comments and signature of current manager/supervisor
- Have an updated resume
- Apply for the position at http://home.aclara.com/Pages/InternalJobOpenings.aspx
    - You will be asked in this process to upload your resume and job opportunity application

6. Screening and Interviewing
    - Human Resources will review each applicant's qualifications. This may include a discussion with the employee's manager.
    - Any employee lacking the qualifications for the job in question will be so notified
    - The receiving department will interview all qualified candidates. Receiving managers may request to review the original employment application, resume, and two most recent performance appraisals for each candidate.

7. Notification of Job Award
All candidates interviewed by the receiving department will be notified of the disposition of the job. Such notification will be the responsibility of the receiving department.

8. Effective Date of Job Award
Normally, the successful candidate will fill the new position within two weeks of the job award. If this is not possible and more than two weeks is required, any new salary associated with the employee's job change will become effective when they begin in the new position.

9. Pay Changes
All changes in pay will be consistent with the Compensation Guidelines. The salary offered for the new position will be determined based on the employee's qualifications for the new position, internal equity within the department and external market data. Employees can choose to accept or decline offers without repercussions in their current position.