**From:** Mecey, Jill <JMecey@aclara.com>
**Sent:** Friday, January 19, 2018 10:38 AM
**To:** Rufo, Joseph
**Subject:** RE: On-boarding Request

Hi Joey

Michelle will be doing the on-boarding of all new SGS employees going forward. She is located in St. Louis which helps the main HR team in St. Louis.

I have never put words in your mouth. Recall, that in most conversations we have had, you have stated that you are consumed with work and at times overwhelmed. You also told me you had to work overtime to get your work done and had to work from home. You are not authorized to work overtime without my prior permission.

You will need to train Michelle next week. My expectation is that she will handle the paperwork on her own beginning the week of January 29.

Thank you,

Jill Mecey
Manager Organizational Effectiveness and Administration

    

Come together. Connect for a better future.
AclaraConnect 2018
May 14 – 17, 2018
Marriott Marquis & Marina, San Diego, CA
CONFERENCE AND EXPOSITION

P: 314 895 8015   C: 314 239 3870   E: jmecey@aclara.com   W: aclara.com   A: 77 Westport Plaza, Suite 500, St. Louis MO 63146

This e-mail is intended for the addressee shown. Should you have received it in error, please delete this message and contact the sender. This e-mail and any attachments thereto may contain information that is privileged, confidential or proprietary. Any review, dissemination or use of this transmission or its contents by persons other than the addressee or authorized employees of the intended organizations is strictly prohibited.

**From:** Rufo, Joseph
**Sent:** Friday, January 19, 2018 8:16 AM
**To:** Mecey, Jill <JMecey@aclara.com>
**Subject:** On-boarding Request

Hello Jill,

I am writing you to request the restoration of my on-boarding responsibility for Aclara's SGS new hires. As you know from our previous one-on-one meetings, on-boarding SGS's new hires is the duty I most enjoy in my current position, and it grants me valuable hands-on HR experience, which is useful for advancing within Aclara in an HR career. Furthermore, providing on-boarding for new employees is in my job description, and I have done so for the past 8 months with both accuracy and proficiency. During our phone conversation yesterday, you had mentioned that I felt "overwhelmed" with work, but that is simply not true, and is putting words in my mouth. Although I do maintain a busy and productive schedule, I also do not feel overwhelmed, or that I cannot complete my current responsibilities without putting in overtime. Will you please reconsider the removal of on-boarding SGS's new hires from my duties?

Respectfully,

DEF 000045

Joey

Joey Rufo
Office Coordinator

        

May 14 – 17, 2018
Marriott Marquis,
San Diego Marina, CA

P: 571.376.4970   C:   W: aclara.com   A: 11951 Freedom Drive, Reston VA 20190

This e-mail is intended for the addressee shown. Should you have received it in error, please delete this message and contact the sender. This e-mail and any attachments thereto may contain information that is privileged, confidential or proprietary. Any review, dissemination or use of this transmission or its contents by persons other than the addressee or authorized employees of the intended organizations is strictly prohibited.

DEF 000046