

**ACLARA 2017 EMPLOYEE SELF-APPRAISAL/MANAGER FINAL**

Name:  Joseph Rufo                                                                  Department: Administration         Title: Office Coordinator
Date:   10/2/2017                                                                     Manager: Jill Mecey                    Manager comments added April 2018, for 2017 fiscal year

## SECTION 1: OVERALL PERFORMANCE

| | |
|---|---|
| In the space provided below provide examples of up to 4 achievements (major accomplishments) throughout the year.  Achievements should be events/actions that have already happened and should focus on your strengths and the top accomplishments with a description of how the action taken contributed to the company/department's priorities and results. | |
| Employee Comments | Manager Comments |
| 1.  Entered, processed (employer-side I-9 completion and federal E-Verify), and maintained more than 200 SGS new hire's employee, tax, and direct deposit information into Paycom and enrolled all eligible employees into benefits/stipends, ensuring that applicable earnings/deductions flow over to payroll.  Onboarding of SGS's high-volume recruiting is essential to the daily operation and success of the company as a whole, and is a mandatory component of the rapid growth this division has seen.
2. Initiated a benefits and perks awareness program with semi-regular newsletter-styled memos to inform and engage employees with company initiatives, benefits, and perks (Wellness Initiative, lower-level gym membership, Job Opportunities program / Employee referral program, Ticketsatwork.com promotion, Educational assistance program, PIA (Performance Incentive Award) program, and the Service Award Program).  By disseminating this information, I have increased employee engagement and morale, which ultimately leads to a higher retention rate.  Increased retention directly contributes to the company/department's results.
3.  As EHS/Facilities lead for the office, I developed and maintained EAPs (emergency action plans), purchased and scheduled maintenance for EHS-related equipment, created the OSHA 300-A log and Visitor Safety Manual, ensured 100% office-wide participation in Aclara's AlertMedia readiness program, and obtained certification in First Aid/AED/CPR (American Heart Association) and OSHA's 10-hour certification course.  These actions not only brought the company/office up to compliance with federally-mandated workplace requirements, but safety is a critical component to success.
4.  I have been directly responsible for the supply management of our Reston location's business office and 13 remote SGS warehouses.  Along with the completion of expense reporting and allocation for these warehouses, I have also acted as a delegate for others in Concur, ultimately submitting more than $200,000 in approved reports.  The re-supply of SGS's warehouses and management of their expenses categorically contributes to the EBITDA of SGS | 1.  When Joey performed these admistrative duties, he did an effective job. However, he is no longer responsible for this function as the function was moved to St Louis in January 2018
2.  Joey did gather information from our intranet and disseminate it to employees.  Although I believe his intentions were good, I am not sure that his actions "increased employee engagement and morale, which ultimately leads to a higher retention rate." Before Joey sent information from our intranet, there had been no problems with retention at this location.  I did coach him on his lengthy emails and the ability to attract people to read them.
3.  Joey was not the EHS/Facilities lead. He supported our safety and facility department from an admin standpoint.  He took direction from our EHS Director Gary Brown in filling out forms and other administrative tasks that Gary assigned. The company was and has been compliant under Gary's efforts. Contrary to the comments Joey provides, he was not the leader who developed process and strategy, rather he maintained the process or documentation that was already in place and works with Gary to update any necessary changes needed for the location.  He has done a good job handling those administrative duties.
4.  Patty Cavender is the SGS Asset Manager and is directly responsible for the supplies in the SGS warehouses; not Joey.  Joey did a good job helping others get up to date with their outstanding expense reports. |

| | |
|---|---|
| and Aclara as a whole. | |
| In the space provided below provide examples of the missed opportunities (big misses, little improvements or both that if acted upon during the year would have enhanced a result or personal growth. Missed Opportunities comments should identify the events/actions were not completed, failed to recognize or should have approached differently or better. | |
| Employee Comment | Manager Comments |
| 1. I had sent an office-wide email which spoke of discretionary spending. This information should be given by senior HR personnel or executives. Moving forward I seek the counsel and input of my manager to ensure all office-wide communication is appropriate and communicates the intended information.<br>2. Click here to enter text.<br>3. Click here to enter text.<br>4. Click here to enter text. | 1. I agree with this assessment. After this event I asked Joey to let me review all correspondence before sending.<br>2. In addition, Joey and I discussed him taking on more work without approval from myself. He needs to exercise sound judgement by obtaining my approval prior to taking on additional work.<br>3. Joey and I also discussed having open and honest communication with me. He jeopardized my trust and partnership when he went behind my back trying to apply for a role he wasn't ready for and told me that he wasn't looking for any new roles. I would like Joey to be successful so he needs to continue to work on building a partnership of trust with his manager.<br>4. Click here to enter text. |

## SECTION 2: COMPETENCIES

Evaluate each of the key knowledge/skills, and behaviors that Aclara has identified as essential for reaching individual, department and company objectives. Use the 1 – 5 rating scale below for rating your proficiency in each competency by placing the number rating in the rating column.

| TECHNICAL | | EE Rating | Mgr. Rating |
|---|---|---|---|
| Professional Knowledge | Possesses a designated/effective level of technical skill or knowledge and strives to keep up with current developments and trends in areas of expertise. | 5 | 3 |
| Technical Competence | Applies technical/skill knowledge to perform assigned tasks effectively; works with, understands, and evaluates technical information related to the job; advises others on technical issues. | 5 | 3 |
| Program/Project/Task Management | Demonstrates the ability to apply principles, methods, or tools for developing, scheduling, coordinating, monitoring, evaluating, and managing projects/ programs and resources including technical performance. Prioritizes tasks. Manages, leads, or administers programs, projects, operations, or activities. | 5 | 4 |
| Problem Solving | Able to identify problems; determines accuracy and relevance of information; uses sound judgment to generate and evaluate alternatives, and to make recommendations/solutions. | 5 | 1 |
| Decision Making | Makes sound, well-informed, and objective decisions; perceives the impact and implications of decisions; commits to action, even in uncertain situations, to accomplish organizational goals; causes change, accomplish goals; monitors progress and evaluates outcomes. | 4 | 1 |
| | Overall Rating of Technical Competencies (Add all and divide by 5) | 4.8 | 2.4 |
| BEHAVIORAL | | EE Rating | Mgr. Rating |
| Leadership | Demonstrates skills and abilities needed to coordinate, facilitate, and participate in a collaborative approach to the completion of tasks or assignments. Accepts responsibility and/or accounts for actions and behaviors. Includes the ability to lead, empower, motivate, and retain others under his/her supervision. | 5 | 1 |
| Teamwork/ Collaboration | Encourages and facilitates cooperation, partnership, and trust; fosters commitment and team spirit; works well with others to achieve goals; inter-team and cross functionally. | 5 | 2 |
| Positive "Can-Do" Attitude | Demonstrates an outward can-do and will-do attitude with enthusiasm. Actively seeks opportunities to take on the | 5 | 3 |

|   |   |   |   |
|---|---|---|---|
|   | most demanding and difficult tasks; focuses on what can be done, rather than on what can't be done. |   |   |
| Communication | Able to communicate, in written and oral form, detailed and technical information, guidelines and standards to various audiences to ensure that they understand the information and the message, and to seek compliance. Delivers information specific to the knowledge and needs of the audience. | 4 | 2 |
|   | Overall Rating of Behavioral Competencies (add all and divide by 4) | 4.75 | 2.0 |

| Rating | Definition |
|---|---|
| 5 | Performance **consistently exceeds expectations** of position. **Day-to-day performance is excellent**. Performance is **consistently marked by high quality and exceeding of goals**. Contributes more than the required share and **takes initiative beyond assigned responsibility**. |
| 4 | Results **meet and exceed most of the major job expectations and goals** and are typically above expected levels of performance. |
| 3 | Performance **meets all the requirements of the position** in terms of quality and quantity of work. It is described as **good, solid performance**. **Minor deviations may occur**; the overall level of performance meets all position requirements. |
| 2 | Results **are inconsistent and below expected levels of performance in most areas** of position requirements and **aspects of performance need development**. |
| 1 | Results indicate **performance not meeting requirements in all position requirements**. Results fall below expected levels of accomplishment and the need for **clear improvement is needed**. |

**Employee Review Comments:** Provide feedback/comments that relate to your overall performance during the year.

I am technically proficient in all of the programs and applications I work with (Office, Concur, Paycom) and consistently achieve my stated goals with a high level of quality and competence.  I schedule, coordinate, and manage the tasks assigned to me, and have been entrusted with an increased amount of responsibility because of this success.  If there is a problem set before me, I consult with subject matter experts (Steve/Mike - Herndon project, Zana – Concur, Angela – Paycom) to collaboratively develop a sound and well thought-out solution.  I have actively sought out opportunities to further my professional development in an HR capacity, and desire to grow into this department of Aclara.  I ensure my goals are reached and my objectives are complete,  committing the necessary time and attention to each task given to me (EHS, DC Water event, high-volume SGS onboarding, expense reporting, office administration, etc.)  I foster an environment that promotes company loyalty and retention (initiatives/perks program), and always answer requests made of me with a can-do attitude, even with tasks of great demand or difficulty.  Although my employment here at Aclara hasn't been without mistake, I have taken away something from each one ensuring personal and professional growth, and strive to ensure I do not repeat the underlying cause.

SECTION 3:  Manager's Comments Full-Year performance:  Provide a summary of the employees' performance throughout the year.  Comments should be specific to the business priorities assigned and improvement needed of the recommendations provided and how the employee took action on these to increase business results and/or personal growth.

**Does well:**
Joey did a good job with the Herndon office move. He stayed on top of the move and worked extra hours when needed.

He has also been helpful to those employees who have gotten very behind on their expense reports. He has helped them get caught up and stay on track. This is a tedious undertaking and has been very appreciated by the employees.

**Areas of improvement:**
Joey's self-assessment shows a lack of self-awareness between what he actually does and what he thinks he does. The information that he takes credit for in the employee review portion of the self-appraisal is owned by other Aclara employees. Although Joey does help on the administrative side of the job (EHS, SGS warehouse supplies), he does not own the responsibility of the job or function.

In August 2017, I brought to Joey's attention concerns about his judgment/decisionmaking and communications with me as his manager when I gave him a Written Warning and Performance Improvements (PIP). With respect to this judment/decisionmaking, Joey sent an unauthorized email (travel and discretionary spend) assuming the role of an HR leader where he had no authority to do so and provided misinformation and incorrect intent. In doing this he acted outside of his role as Office Coordinator.  In addition, he was asked to track disciplinary actions and log them onto a spreadsheet.  He provided some additional data that was not instructed for him to provide.  In addition, the information was inaccurate and not completed by someone in the statistical analysis field of expertise.  As instructed in the PIP, Joey should only perform the duties requested of him.

With respect to communications with his manager, Joey and I had several conversations about his desire to move up in the organization. During those conversations, I counseled him to learn and excel in his new position and in time he may be considered for other positions. Joey assured me that he had no intention of looking for other jobs in the near future. Shortly after our conversation he sought out the Sr. Director of HR looking to be considered for the position of SGS HR Manager and discussed with the VP of SGS rather than coming to me for guidance and help. As explained in the PIP, this kind of behavior can lead to mistrust and questionable motives.

Since Joey was given the PIP, I have worked with him to try and get our working relationship back to a cordial and workable one. This has not always been easy as Joey does not take feedback that he perceives as negative very well. For instance, he shuts down when I try to have a phone conversation regarding feedback. He will stop talking with me and then very curtly says goodbye and hangs up. He has sent lengthy emails to document his position rather than listening to my feedback and taking steps toward improvement. He tells me that he is recording conversations that I have with him.  Despite these behavioral issues, I removed Joey from the PIP on December 19, 2017.

Another area of improvement that Joey should work on is his professionalism in the workplace. This includes his written communication style and the way he interacts with me. As his manager, I need him to partner with me and collaborate with me as a member of my team. Instead, when he shuts down instead of having a conversation, tells me he is recording our telephone conversations, and sends lengthy emails to paper the file, I feel he is being very adversarial. I have also received comments from several other employees about his over-the-top compliments that are perceived as not sincere and dishonest. For instance, the Director of HR told me that he called her his "idol" and said he wants to "emulate her." She said that his comments made her uncomfortable, but when she heard he made similar comments to others, then she also felt he was insincere. Complimenting others can help build goodwill and rapport with others but Joey needs to be more self-aware of how his comments affect others. This is something I think Joey can learn by modeling others' behavior and as he matures within the

company.

January – March 2018 Review:

In the last three months you are still showing that you need to improve in the areas of good judgment and improving in your communication with your manager.

Here are a couple of examples: recently you told me you were going to leave a "little early" to pick up mail and then added you wanted to leave "even earlier" to pick up the Non-Rup (non-residential use permit). When you said you are going to leave a little early, my understanding based on your comments was not three hours early. It is imperative as an office coordinator that you are at the front desk to greet guests, sign for packages and answer phones. You did not convey to me that the errand was going to take three hours. When I sent you an email stating that going forward I need you to be more specific regarding your time out of the office, I thought the tone of your email reply was rude and disrespectful.

Another example of poor communication is when you decided to work from home without informing me. Our Telecommuting policy (see below) clearly states that you need to ask permission from your manager before working from home. The position of office coordinator is not a work from home position. It is impossible to answer phones, sign for packages etc. when you are at home. In addition to your job not being a work from home type of job, you did not talk to me about working from home. As your manager, I am responsible for managing you and the overall performance of your work. Your behaviors and attitude make it difficult for me to accomplish my responsibilities.

Not only are these examples of your recent poor judgment and poor communication, you failed to follow our company policy.

**Telecommuting Policy**
The following are guidelines for employees who wish to be considered for the Telecommuting benefit:
- The position is appropriate for a telecommuting arrangement, as determined by the department manager and the HR Business Partner
  Must have their first- and second- level managers' approvals in advance in order to be permitted to work from home; managers will approve or disapprove each request based on business needs

SECTION 4: Signatures

Employee Signature: Joseph Rufo                    Manager Signature: Jill Mecey

Signature Date: 10/2/2017

Signature Date: Click here to enter text.

Next Level Manager Signature: Click here to enter text.

Signature Date: Click here to enter text.