# Rufo, Joseph

| | |
|---|---|
| **From:** | Mecey, Jill |
| **Sent:** | Friday, April 27, 2018 1:13 PM |
| **To:** | Rufo, Joseph |
| **Subject:** | RE: Appraisal - for discussion |

Hi Joey

You are not going to receive a merit increase due to your overall performance appraisal score.

Thank you

Jill Mecey
Manager Organizational Effectiveness and Administration

   

Come together. Connect for a better future
AclaraConnect 2018
CONFERENCE AND EXPOSITION
May 14 – 17, 2018
Marriott Marquis & Marina,
San Diego, CA

P: 314 895 8015  C: 314 239 3870  E: jmecey@aclara.com  W: aclara.com  A: 77 Westport Plaza, Suite 500, St. Louis MO 63146

This e-mail is intended for the addressee shown. Should you have received it in error, please delete this message and contact the sender. This e-mail and any attachments thereto may contain information that is privileged, confidential or proprietary. Any review, dissemination or use of this transmission or its contents by persons other than the addressee or authorized employees of the intended organizations is strictly prohibited.

**From:** Rufo, Joseph
**Sent:** Thursday, April 26, 2018 1:44 PM
**To:** Mecey, Jill <JMecey@aclara.com>
**Subject:** RE: Appraisal - for discussion

Hi Jill,

I forgot to ask while we were discussing this, but am I (or will I be) receiving a merit increase?

Thank you,

Joey

Joey Rufo
Office Coordinator

     

AclaraConnect 2018
May 14 – 17, 2018
Marriott Marquis,
San Diego Marina, CA

P: 571.376.4970  C:  W: aclara.com  A: 13650 Dulles Technology Drive, Suite 300, Herndon, VA 20170

This e-mail is intended for the addressee shown. Should you have received it in error, please delete this message and contact the sender. This e-mail and any attachments thereto may contain information that is privileged, confidential or proprietary. Any review, dissemination or use of this transmission or its contents by persons other than the addressee or authorized employees of the intended organizations is strictly prohibited.

**From:** Mecey, Jill
**Sent:** Thursday, April 26, 2018 9:39 AM
**To:** Rufo, Joseph <jrufo@aclara.com>
**Subject:** Appraisal - for discussion

Hi Joey

Attaching your performance appraisal for our discussion this morning.

Thank you

Jill Mecey
Manager Organizational Effectiveness and Administration

   

Come together. Connect for a better future.
AclaraConnect 2018
CONFERENCE AND EXPOSITION
May 14 – 17, 2018
Marriott Marquis & Marina, San Diego, CA

P: 314 895 8015   C: 314 239 3870   E: jmecey@aclara.com   W: aclara.com   A: 77 Westport Plaza, Suite 500, St. Louis MO 63146

This e-mail is intended for the addressee shown. Should you have received it in error, please delete this message and contact the sender. This e-mail and any attachments thereto may contain information that is privileged, confidential or proprietary. Any review, dissemination or use of this transmission or its contents by persons other than the addressee or authorized employees of the intended organizations is strictly prohibited.