## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): Heidi K. Durr (Attorney), Clay J. Rollins (Attorney)

John B. Flood (Attorney),

Susan L. Horneker (Paralegal)

Electronic Device(s): ~~ipad, Apple pencil, laptops, cell~~ phones,
One laptop phw,
~~portable printer and all necessary cords~~

Purpose and Location Of Use: Judge Brinkema's division for use at trial

Case No.: 1:18-cv-37-LMB

Date(s) Authorized: 10/31/18 - 11/2/18

IT Clearance Waived: ____(Yes)  ✓(No)

APPROVED BY: /s/ [signature]
Leonie M. Brinkema
United States District Judge
United States District/Magistrate/Bankruptcy Judge

Date: 10/5/18

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____  _____
                IT Staff Member                Date(s)

**IT clearance must be completed, unless waived, before court appearance.**