## CONTINUATION OF CIVIL TRIAL BY JURY PROCEEDINGS

Date: __11/01/18__   Case No: __1:18cv37   (day 3)__   Commenced: __9:32am__
Lunch Recess: __1:04pm-2:03pm__

Before the Honorable: __Judge Brinkema__   Case To Jury: _____
Jury Returned: _____

Court Reporter: __A. Thomson__   Jury Excused: __6:01pm__
Case Concluded: _____

Courtroom Deputy: __Y. Guyton__

| PARTIES | COUNSEL |
|---|---|
| Joseph Rufo | Joshua Erlich, Bruce Fox, Andrew Horowitz |
| vs. | |
| Aclara Technologies, LLC | James Rollins, John Flood, Heidi Durr |

THIS MATTER CAME ON FOR FURTHER TRIAL BY JURY.   APPEARANCES AS PREVIOUS.

Plaintiff Adduced Evidence and Rests [X] Motions: _____

Defendant(s) Adduced Evidence and Rests [X] Motions:   __deft's motion for JMOL is denied__

Rebuttal Evidence Adduced [X]   Sur-Rebuttal Evidence Adduced [ ]   Evidence Concluded [X]

Closing Arguments [X]   Charging Conference [X]   Jury Charged [X]   Jury Retired to Deliberate [ ]

The Jury Returned to the Courtroom With a Verdict in Favor of: _____
Jury Polled [ ]   Jury Excused [ ]   Jury Verdict Filed in Open Court [ ]

Case Continued To: __Friday, November 2, 2018 at 9:30am__   For   __Day 4 - Jury Deliberations__