IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **JOSEPH RUFO,** | ) |
| **Plaintiff,** | ) |
| v. | ) No. 1:18cv00037 (LMB/MSN) |
| **ACLARA TECHNOLOGIES, LLC,** | ) |
| **Defendant.** | ) |

## JUDGMENT

Pursuant to the unanimous jury verdicts entered on November 2, 2018, and in accordance with Rule 58, Fed.R.Civ.P., JUDGMENT is hereby entered in favor of the plaintiff Joseph Rufo and against the defendant Aclara Technologies, LLC in the total amount of $735,000.00, consisting of $335,000.00 in compensatory damages and $400,000.00 in punitive damages.

FERNANDO GALINDO, CLERK

By:_____/s/_____
Y. Guyton, Deputy Clerk

Dated: 11/02/2018
Alexandria, Virginia